**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| Laura Schmid, | Case No: 3:17-649-MBS |
| Plaintiff, | |
| vs. | **PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |
| The Benefit Company, Inc., | |
| Defendant. | |

Plaintiff, by and through her undersigned counsel, respectfully submits the following answers to the Court's Local Rule 26.01 Interrogatories:

**INTERROGATORY A:** State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

ANSWER:    None are known to Plaintiff.

**INTERROGATORY B:** As to each claim, state whether it should be tried jury or nonjury and why.

ANSWER:    A jury trial would be available under the Fair Labor Standards Act but not ERISA.  Plaintiff does not seek a jury trial.

**INTERROGATORY C:** State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding share or other indicia of ownership

Plaintiff's Answers to Local Rule 26.01 Interrogatories
<u>Schmid v. The Benefit Company, Inc.</u>
Page **2** of **3**

of the party: and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

ANSWER:     Plaintiff is not a publicly owned company.

**INTERROGATORY D:**     State the basis for asserting the claim in the division in which it was filed.

ANSWER:     Defendant is based in Richland County, South Carolina.

**INTERROGATORY E**:     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

ANSWER:     This action is not related to any other matter filed in this District.

(SIGNATURE BLOCK ON FOLLOWING PAGE)

Plaintiff's Answers to Local Rule 26.01 Interrogatories
<u>Schmid v. The Benefit Company, Inc.</u>
Page **3** of **3**

**SARVIS LAW, LLC**


**By:  <u>s/Bryn C. Sarvis</u>**
Bryn C. Sarvis
Fed Bar # 10478

3347-B Augusta Highway
Gilbert, SC 29054
Email:  bsarvis@sarvislaw.com
(803) 785-5525 Ofc
(803) 610-2655 Fax

March 8, 2017                                    *Attorney for Plaintiff*