**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| Laura Schmid, | Case No: 3:17-649-MBS |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| The Benefit Company, Inc., | |
| Defendant. | |

Plaintiff, by and through her undersigned counsel, pursuant to Rule 41(a)(1)(A)(i), FRCP, hereby dismisses the above-captioned matter voluntarily.

        **SARVIS LAW, LLC**

        By: **s/Bryn C. Sarvis**
          Bryn C. Sarvis
          Fed Bar # 10478

        3424 Augusta Highway
        Gilbert, SC 29054
        Email: bsarvis@sarvislaw.com
        (803) 892-5525 Ofc

        *Attorney for Plaintiff*

June 5, 2017